UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE RICE, ) | |
| ) | |
| Plaintiff(s), ) | No. C09-2650 BZ |
| ) | |
| v. ) | |
| ) | **BRIEFING ORDER** |
| RALPH'S FOODS, et al., ) | |
| ) | |
| Defendant(s). ) | |

Having received defendants' motion to dismiss, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition shall be filed by **August 17, 2009**;

2. On or before that date plaintiff and defendants shall consent to or decline magistrate judge jurisdiction. The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov;

3. Defendants' reply shall be filed by **September 8, 2009**;

4. A hearing is scheduled for **October 7, 2009 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California

1

1 | 94102.
2 | Dated: July 28, 2009
3 | _____
4 | Bernard Zimmerman
   | United States Magistrate Judge

G:\BZALL\-BZCASES\RICE v. RALPH'S FOODS\BRIEFING ORDER.wpd