1 | JEREMY A. ROTH, Bar No. 129007
  | LAUREN D. SHERMAN, Bar No. 244482
2 | MICHAEL G. LEGGIERI, Bar No. 253791
  | LITTLER MENDELSON
3 | A Professional Corporation
  | 501 W. Broadway, Suite 900
4 | San Diego, CA  92101.3577
  | Telephone:   619.232.0441
5 | Facsimile:    619.232.4302

6 | Attorneys for Defendants
  | RALPHS GROCERY COMPANY AND HARVEY
7 | WOODMANSEE

8 | REY HASSAN, Bar No. 50717
  | HASSAN LAW FIRM
9 | A Professional Corporation
  | 1801 Bush Street #304
10 | San Francisco, CA  94109
   | Telephone:   415-775-9700
11 | Facsimile:    415-775-2507

12 | Attorneys for Plaintiff
   | CHARLIE RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHARLIE RICE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RALPH'S FOODS aka RALPH'S GROCERY COMPANY aka CALA FOODS, CALA BELL MARKETS, HARVEY WOODMANSEE, an individual,<br><br>　　　　　Defendant. | Case No.  CV 09-2650 SBA<br><br>**JOINT MOTION TO DISMISS COUNTS ONE, TWO, FOUR, AND SIX SOLELY AS TO DEFENDANT WOODMANSEE; ORDER** |

///

///

///

///

JOINT MOTION TO DISMISS; [PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　CV 09-2650 SBA

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

Plaintiff Charlie Rice and Defendants Ralphs Grocery Company and Harvey Woodmansee, by and through their respective counsel of record, hereby submit this joint motion for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties, through their counsel, jointly stipulate and request that the following claims, solely as to Defendant Woodmansee, be dismissed with prejudice: Count One (Discrimination/Harassment under Title VII); Count Two (Retaliation under Title VII); Count Four (Retaliation under FEHA); and Count Six (Failure To Prevent Discrimination and Harassment).

**IT IS SO STIPULATED**.

Dated: July _____, 2010

_____
MICHAEL G. LEGGIERI
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
RALPHS GROCERY COMPANY AND
HARVEY WOODMANSEE

Dated: July _____, 2010

_____
REY HASSAN
HASSAN LAW FIRM
Attorneys for Plaintiff
CHARLIE RICE

**IT IS SO ORDERED**.

Dated: 7/21/10

_____
**SAUNDRA B. ARMSTRONG**
United States District Judge

JOINT MOTION TO DISMISS; [PROPOSED] ORDER    2.    CV 09-2650 SBA

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441