| | |
|---|---|
| 1 | JEREMY A. ROTH, Bar No. 129007 |
|   | LITTLER MENDELSON |
| 2 | A Professional Corporation |
|   | 501 W. Broadway, Suite 900 |
| 3 | San Diego, CA  92101 |
|   | Telephone:    619.232.0441 |
| 4 | Facsimile:     619.232.4302 |
| 5 | MICHAEL G. LEGGIERI, Bar No. 253791 |
|   | LITTLER MENDELSON |
| 6 | A Professional Corporation |
|   | 500 Capitol Mall, Suite 2000 |
| 7 | Sacramento, CA 95814 |
|   | Telephone:    916.830.7200 |
| 8 | Facsimile:     916.848.0200 |
| 9 | Attorneys for Defendants |
|   | RALPHS GROCERY COMPANY AND HARVEY |
| 10 | WOODMANSEE |
| 11 | REY HASSAN, Bar No. 50717 |
|    | HASSAN LAW FIRM |
| 12 | A Professional Corporation |
|    | 1801 Bush Street #304 |
| 13 | San Francisco, CA  94109 |
|    | Telephone:    415-775-9700 |
| 14 | Facsimile:     415-775-2507 |
| 15 | Attorneys for Plaintiff |
|    | CHARLIE RICE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| CHARLIE RICE, | Case No.  CV 09-2650 SBA |
|---|---|
| Plaintiff, | **JOINT MOTION TO DISMISS THE ELEVENTH CAUSE OF ACTION SOLELY AS TO DEFENDANT WOODMANSEE; ORDER** |
| v. | |
| RALPH'S FOODS aka RALPH'S GROCERY COMPANY aka CALA FOODS, CALA BELL MARKETS, HARVEY WOODMANSEE, an individual, | |
| Defendant. | |

JOINT MOTION TO DISMISS; [PROPOSED] ORDER

CV 09-2650 SBA

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

1 | Plaintiff Charlie Rice and Defendants Ralphs Grocery Company and Harvey Woodmansee, by and through their respective counsel of record, hereby submit this joint motion for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties, through their counsel, jointly stipulate and request that the eleventh cause of action for alleged violations of California's Business and Professions Code section 17200, *et seq.*, solely as to Defendant Woodmansee, be dismissed with prejudice.

**IT IS SO STIPULATED**.

Dated: March _____, 2011

_____
MICHAEL G. LEGGIERI
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
RALPHS GROCERY COMPANY AND
HARVEY WOODMANSEE

Dated: March _____, 2011

_____
REY HASSAN
HASSAN LAW FIRM
Attorneys for Plaintiff
CHARLIE RICE

**IT IS SO ORDERED**.

Dated: _3/28/11

*[signature: Saundra B. Armstrong]*
**SAUNDRA B. ARMSTRONG**
United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

JOINT MOTION TO DISMISS; [PROPOSED] ORDER        1.        CV 09-2650 SBA