1   JEREMY A. ROTH, Bar No. 129007
    LITTLER MENDELSON
2   A Professional Corporation
    501 W. Broadway, Suite 900
3   San Diego, CA  92101
    Telephone:    619.232.0441
4   Facsimile:    619.232.4302

5   MICHAEL G. LEGGIERI, Bar No. 253791
    LITTLER MENDELSON
6   A Professional Corporation
    500 Capitol Mall, Suite 2000
7   Sacramento, CA 95814
    Telephone:    916.830.7200
8   Facsimile:    916.848.0200

9   Attorneys for Defendants
    RALPHS GROCERY COMPANY AND HARVEY
10  WOODMANSEE

11  REY HASSAN, Bar No. 50717
    HASSAN LAW FIRM
12  A Professional Corporation
    1801 Bush Street #304
13  San Francisco, CA  94109
    Telephone:    415-775-9700
14  Facsimile:    415-775-2507

15  Attorneys for Plaintiff
    CHARLIE RICE
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                          OAKLAND DIVISION

20  CHARLIE RICE,                        Case No.  CV 09-2650 SBA

21              Plaintiff,               **JOINT MOTION TO DISMISS THE
                                         ENTIRE ACTION AND ALL CLAIMS
22        v.                             FOR RELIEF WITH PREJUDICE;
                                         ORDER**
23  RALPH'S FOODS aka RALPH'S
    GROCERY COMPANY aka CALA
24  FOODS, CALA BELL MARKETS,
    HARVEY WOODMANSEE, an
25  individual,

26              Defendants.

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA  92101.3577
619.232.0441

JOINT MOTION TO DISMISS; [PROPOSED]
ORDER                                                      CV 09-2650 SBA

1    Plaintiff Charlie Rice and Defendant Ralphs Grocery Company, by and through their

2   respective counsel of record, hereby submit this joint motion for dismissal pursuant to Rule 41 of the

3   Federal Rules of Civil Procedure. The parties, through their counsel, jointly stipulate and request that

4   the entire action and all claims for relief be dismissed with prejudice.

5        **IT IS SO STIPULATED**.

6   Dated: May _____, 2011

7

8                                                    _____
                                                     MICHAEL G. LEGGIERI
9                                                    LITTLER MENDELSON
                                                     A Professional Corporation
10                                                   Attorneys for Defendant
                                                     RALPHS GROCERY COMPANY AND
11                                                   HARVEY WOODMANSEE

12   Dated: May _____, 2011

13

14                                                   _____

15                                                   REY HASSAN
                                                     HASSAN LAW FIRM
16                                                   Attorneys for Plaintiff
                                                     CHARLIE RICE

17

18       **IT IS SO ORDERED**.

19

20   Dated: __5/24/11

21                                                   _____
                                                     **SAUNDRA B. ARMSTRONG**
22                                                   United States District Judge

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

JOINT MOTION TO DISMISS; [PROPOSED]
ORDER                                   1.                                   CV 09-2650 SBA